UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAUREN FLORO,<br>Plaintiff, | ) ) ) ) | |
| v. | ) ) | DOCKET NO: |
| METABOLIFE INTERNATIONAL, INC.,<br>WALGREEN CO., AND WALGREEN<br>EASTERN CO., INC.,<br>Defendants. | ) ) ) ) ) ) | 05 10048 REK |

CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, WALGREEN CO.

In accordance with Local Rule 7.3, the Defendant, Walgreen Co., states that it is a publicly-traded corporation and has no parent corporation, and no other publicly held corporation owns ten percent or more of its stock.

Respectfully Submitted,

WALGREEN CO.,
Defendant,
By Its Attorneys,

Nicholas P. Alexander, Esq. (BBO# 544173)
Michael J. Racette, Esq. (BBO No. 555350)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.