UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN FLORO,<br>Plaintiff,<br><br>v.<br><br>METABOLIFE INTERNATIONAL, INC.,<br>WALGREEN CO., AND WALGREEN<br>EASTERN CO., INC.,<br>Defendants. | DOCKET NO: 05CV10048-REK |

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Defendants, hereby certifies that he has conferred with counsel for the Plaintiff in this matter, in a good faith attempt to resolve or narrow the issues of dispute raise in the accompanying motion, in accordance with Local Rule 7.1.

Respectfully Submitted,

METABOLIFE INTERNATIONAL, INC.,
WALGREEN CO. &
WALGREEN EASTERN CO.,
Defendants,
By Their Attorneys,

_____
Nicholas P. Alexander, Esq. (BBO# 544173)
Michael J. Racette, Esq. (BBO No. 555350)
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500