FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 17 P 4: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LAUREN FLORO,<br>Plaintiff, | )<br>)<br>) |
| v. | ) DOCKET NO: 05CV10048-REK |
| METABOLIFE INTERNATIONAL, INC.,<br>WALGREEN CO., AND WALGREEN<br>EASTERN CO., INC.,<br>Defendants. | )<br>)<br>)<br>)<br>) |

**DEFENDANT, METABOLIFE INTERNATIONAL, INC'S CERTIFICATION OF BUDGET AND ADR DISCUSSIONS**

I, Samuel S. Baxter, Associate General Counsel for the Defendant, Metabolife International, Inc., hereby affirm that I am an authorized representative of Metabolife International, Inc., for the purposes of the matters set forth herein, and that I have conferred with Metabolife International, Inc.'s attorneys in this matter regarding the following:

(A) establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation; and

(B) the potential use of alternative dispute resolutions programs as a means of resolving this dispute.

Samuel S. Baxter
Samuel S. Baxter, Associate General Counsel,
Metabolife International, Inc.

Respectfully Submitted,

METABOLIFE INTERNATIONAL, INC.,
By Its Attorneys,

Nicholas P. Alexander, Esq. (BBO# 544173)
Michael J. Racette, Esq. (BBO# 555350)
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02110
(617) 439-7500

I hereby certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

2/17/05