SCANNED
DATE: 2-22-05
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 18 P 2: 25

CIVIL ACTION NO: 05-10048-REK

U.S. DISTRICT COURT
DISTRICT OF MASS.

LAUREN FLORO, )
Plaintiff, )
)
v. )
)
METABOLIFE INTERNATIONAL INC., )
WALGREEN CO., and )
WALGREEN EASTERN CO. )
)
Defendants. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Robert J. O'Regan (BBO #039970)
Paul R. Mastrocola (BBO #630664)
Diane A.D. Nöel (BBO #656430)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Counsel for Plaintiff

February 7, 2005

_____
Lauren Floro
Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/17/05.

J:\Docs\26576\00000\00906977.DOC