**A CERTIFIED TRUE COPY**

APR - 7 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**05 CV 3896**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

JUDGE RAKOFF
4/18/05

### CONDITIONAL TRANSFER ORDER (CTO-16)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 264 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,           CLERK

BY _____
           DEPUTY CLERK

## SCHEDULE CTO-16 - TAG ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

ALABAMA NORTHERN
   ALN   4  05-210        Brenda Graves, etc. v. Metabolife International, Inc.

ALABAMA SOUTHERN
   ~~ALS   1  02-52~~      ~~Joy Laster, etc. v. Metabolife International, Inc., et al.~~ Opposed 4/7/05

CALIFORNIA SOUTHERN
   CAS   3  05-218        Terry Kress v. Metabolife International, Inc., et al.

CONNECTICUT
   CT    3  05-278        Francine Lewicki v. Metabolife International Inc., et al.

FLORIDA MIDDLE
   FLM   6  04-1839       Rafael Irizarry, etc. v. N.V.E., Inc.

FLORIDA NORTHERN
   FLN   3  05-35         Lori Jenkins, et al. v. Muscletech Research & Development, Inc., et al.
   FLN   3  05-36         Michelle Lynne Burns v. Muscletech Research & Development, Inc., et al.

GEORGIA NORTHERN
   GAN   1  05-363        Teresa Ball, et al. v. Metabolife International, Inc., et al.

ILLINOIS NORTHERN
   ILN    1  04-7248       Joshua Theis v. Next Proteins, Inc., et al.
   ILN    1  05-622        James Oppenheim, etc. v. Metabolife International, Inc.
   ILN    3  05-50027     Darla K. Morrissey, et al. v. Metabolife International, Inc., et al.

ILLINOIS SOUTHERN
   ILS    3  04-831        Dorothy Porter v. Kaire, Inc., et al.

INDIANA SOUTHERN
   INS    1  04-2120       Joan Cole v. N.V.E., Inc.

LOUISIANA EASTERN
   LAE   2  02-332        Louis Stevens, et al. v. Vitafree.com, Inc.

MASSACHUSETTS
   MA    1  05-10048     Lauren Floro v. Metabolife International, Inc., et al.

MISSOURI EASTERN
   MOE   4  05-179        Cynthia Reynolds, et al. v. Metabolife International, Inc., et al.
   MOE   4  05-305        Joaquinta Brooks v. Vitamin World, Inc.

MISSISSIPPI NORTHERN
   MSN   2  05-46         Barbara Todd v. Metabolife International, Inc.
   MSN   4  05-41         Jason Hill, et al. v. Metabolife Intenational, Inc., et al.

SCHEDULE (CTO-16) - TAG ALONG ACTIONS (MDL-1598)                PAGE 2 OF 2

**DISTRICT DIV. C.A.#**

MISSISSIPPI SOUTHERN
    MSS   1   05-81      Henry Patterson v. Metabolife International, Inc., et al.
    MSS   2   05-49      Diane Nix v. Metabolife International, Inc., et al.
    MSS   5   05-23      Rosie Walton v. Metabolife International, Inc., et al.
    MSS   5   05-25      Rose Cooper, et al. v. Rexall Sundown, Inc., et al.

OHIO NORTHERN
    OHN   1   05-171      Deborah Freeman, et al. v. Metabolife International, Inc.

OHIO SOUTHERN
    OHS   2   05-133      Roger Carsey v. Metabolife International, Inc.

TEXAS SOUTHERN
    TXS   3   05-59      Phyllis Hart v. Metabolife Corp., et al.
    TXS   4   05-471      Linda Raley v. NVE, Inc., et al.

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF MASSACHUSETTS

Date: 4/18/05

In Re: EPHEDRA

MDL   1598

Your Docket #

1:05—10048 -REK

S.D. OF N.Y.

05 CV 3896

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon

By: Dorothy Guranich
Deputy Clerk

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

**USDC DISTRICT OF MASSACHUSETTS**

Date: 4/18/05

In Re: EPHEDRA

MDL   1598

Your Docket #

1:05—10048

S.D. OF N.Y.

05 CV 3896

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF   for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By: Dorothy Guranich
Deputy Clerk